UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PALMERO,<br><br>              Petitioner,<br><br>     v.<br><br>JIM ROBERTSON, Warden,<br><br>              Respondent. | No. 1:20-cv-00413-NONE-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE MOTIONS FOR STAY ON RESPONDENT**<br>**[Docs. 3, 14]**<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION**<br><br>**[30 DAY DEADLINE]** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He filed the instant habeas petition on March 16, 2020, challenging his 2017 conviction in Kern County Superior Court of possessing a sharp instrument in a penal institution. Two of the three claims presented in the petition are unexhausted. On March 16, 2020, Petitioner filed a motion for a stay of the proceedings. (Doc. 3.) He filed a typewritten duplicate of the motion for stay on April 17, 2020. (Doc. 14.)

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to serve the motions for stay (Docs. 3, 14) on Respondent;

2) Respondent is DIRECTED to file an opposition or statement of non-opposition to the

1

motion within thirty (30) days of the date of service of this order;

3) In the event Respondent files an opposition, Petitioner is GRANTED thirty (30) days to file a reply.

IT IS SO ORDERED.

Dated:   **April 20, 2020**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

2